Clerk of Court

United States District Court for the Western District of Pennsylvania

Re: David Franco v. David Franco, Plaintiff v.DLC LABORATORIES, INC., Defendant

Dear Clerk,

Please accept the enclosed documents for filing in the above-referenced civil action.

Enclosed are the following documents:

Complaint

Motion to Proceed In Forma Pauperis

Motion for Permission to File Electronically

Ifp form

summons form

Thank you for your assistance.

Respectfully submitted on Date: 3-16-26 ,

David Franco ,Plaintiff, Pro Se  , 551 5th ave, brownsville pa 15417