IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DAVID FRANCO,

      Plaintiff,

    v.

DLC LABORATORIES, INC.,

      Defendant.

2:26-CV-00479-CCW

**SERVICE ORDER**

AND NOW, this 13th day of April, 2026, IT IS HEREBY ORDERED that the United States Marshal serve a copy of the Complaint, notice and request for waiver of service of summons, waiver of service of summons, and this Order to the defendant, as directed by plaintiff. Costs of service shall be borne by the United States. The defendant is requested to waive service pursuant to Fed. R. Civ. P. 4(d).

THE PLAINTIFF IS FURTHER ADVISED that the defendant is not required to respond to the complaint until the defendant has accepted a copy of the complaint from the United States Marshal and waived service, or has been served. Therefore, a motion for default cannot properly be filed unless the defendant has failed to file an answer, motion to dismiss, or a motion for additional time to respond, within sixty (60) days after the United States Marshal's notice has been mailed, if service is waived pursuant to the notice, or within twenty-one (21) days after being served.

PLAINTIFF IS HEREBY FURTHER ADVISED that Rule 11 of the Federal Rules of Civil Procedure (Fed. R. Civ. P.) requires that every pleading must be signed by the filing party or her counsel and must comply with certain standards.  Among these is that statements or allegations of fact must be true or have evidentiary support.  This requirement applies to the complaint, which the plaintiff has already submitted for filing, as well as to any future filings and submissions by any party.

IT IS FURTHER ORDERED that plaintiff shall serve upon the defendant or, if an appearance has been entered by counsel for the defendant, upon said counsel, a copy of every pleading or other document submitted to the Clerk for consideration by the Court, and plaintiff shall include on the original document filed a certificate of service stating that a true and correct copy of the document was mailed to each defendant or their counsel.

**IT IS ORDERED that any and all communication with the Court shall be in the form of a pleading or motion that shall be filed with the Clerk of Court at the following address: Joseph F. Weis, Jr. United States Courthouse, 700 Grant Street, Pittsburgh, PA 15219. Copies of pleadings and motions shall not be sent to the judge's chambers. Letters/correspondence sent to the judge's chambers will not be acknowledged or considered by the Court.**

**IT IS FURTHER ORDERED that Plaintiff must keep the court advised of his current address at all times throughout this litigation.  SPECIFICALLY, Plaintiff is ordered to notify**

**the court in writing as to any and all address changes.  Plaintiff's failure to do so may result in dismissal of this action.**

IT IS FURTHER ORDERED that defendants shall file a timely response to the complaint.


BY THE COURT:


/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge